

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

Michael L. Levy
Direct Dial: (215) 861-8599
Facsimile: (215) 861-8618
E-mail Address: Mike.Levy@usdoj.gov

615 Chestnut Street
Suite 1250
Philadelphia, Pennsylvania 19106-4476
(215) 861-8200

March 19, 2012

Michael E. Kunz
Clerk of Court
U.S. District Court
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

          RE:   United States v. Ryder Finney
                Magistrate No. 12-314M

Dear Mr. Kunz::

      This defendant appeared before Chief Magistrate Judge Wells on February 29 for an initial appearance on an arrest warrant from the Central District of California. At the time, it appeared that the defendant might want to plead guilty in this district under Rule 20, Fed. R. Crim. P. That does not seem to be the case. Please list this matter for a removal hearing in the near future.

                Very truly yours,

                ZANE DAVID MEMEGER
                United States Attorney

                MICHAEL L. LEVY
                Assistant United States Attorney
                Chief, Computer Crimes

cc:   Catherine Henry, Esq.



**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

Michael L. Levy
Direct Dial: (215) 861-8599
Facsimile: (215) 861-8618
E-mail Address: Mike.Levy@usdoj.gov

615 Chestnut Street
Suite 1250
Philadelphia, Pennsylvania 19106-4476
(215) 861-8200

March 19, 2012

Michael E. Kunz
Clerk of Court
U.S. District Court
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

       RE: United States v. Ryder Finney
          Magistrate No. 12-314M

Dear Mr. Kunz:

  Earlier today I wrote to you asking that this case be listed for a removal hearing because it did not look like a Rule 20 plea agreement would be entered. I was apparently too pessimistic. We probably will be able to work this matter out. Please withdraw my request for a listing for a removal hearing.

          Very truly yours,

          ZANE DAVID MEMEGER
          United States Attorney

          MICHAEL L. LEVY
          Assistant United States Attorney
          Chief, Computer Crimes

cc: Catherine Henry, Esq.